IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUL 21 AM 11:45

CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff, | )<br>)<br>) |
| VS. | ) CR. NO. 04-20238-D |
| LORENZO NAVARRO CALDERON<br>    Defendant. | )<br>)<br>) |

### ORDER ON CHANGE OF PLEA AND SETTING

This cause came on to be heard on July 19, 2005, the United States Attorney for this district, Linda N. Harris, appearing for the Government and the defendant, Lorenzo Navarro Calderon, appearing in person and with counsel, Edwin A. Perry, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, OCTOBER 18, 2005, at 1:30 P.M., before Judge Bernice B. Donald.**

Defendant is remanded to the custody of the U. S. Marshal.

**ENTERED** this the 21 day of July, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:04-CR-20238 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

---

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT